## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TODD A. BERGERON**                                              **CIVIL ACTION**

**VERSUS**                                                       **NO.18-5671**

**JERRY LARPENTER, ET. AL.**                                     **SECTION "B"(4)**

### ORDER AND DISMISSAL

After considering the entire record and applicable law, including *pro se* Plaintiff Todd Bergeron's voluntary "motion to Dismiss Claim" (Rec. Doc. 20), and the Chief Magistrate Judge's Report and Recommendation (Rec. Doc. 21),

**IT IS ORDERED** that the Chief Magistrate Judge's Report and Recommendations is **ADOPTED** as the opinion of the Court, and for reasons cited therein,

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss (Rec. Doc. 20) is **GRANTED** to the extent it is consistent with the Magistrate's noted Report and Recommendation that has been adopted by the Court.

New Orleans, Louisiana, this 24th day of July, 2018.


_____
SENIOR UNITED STATES DISTRICT JUDGE

1